# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TENNESSEE GAS PIPELINE COMPANY, L.L.C.,<br><br>  Plaintiff,<br><br>v.<br><br>JOHN A. FRANKLIN, et al.<br><br>  Defendants. | CIVIL ACTION NO. 3:17-CV-00148<br><br>(MEHALCHICK, J.) |

## ORDER

**AND NOW**, this 30th day of August, 2024, for the reasons set forth in the Memorandum Opinion concurrently filed herewith, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Partial Summary Judgment (Doc. 44) is **GRANTED**.

2. The scope of the Rights of Way taken in this action shall be the Temporary Easements. (Doc. 1).

3. The only issue remaining in the condemnation action is the just compensation for the Temporary Easements. (Doc. 1).

4. Trial shall be scheduled to determine the amount of compensation owed for the Temporary Easements.

  **BY THE COURT:**

  *s/ Karoline Mehalchick*
  **KAROLINE MEHALCHICK**
  **United States District Judge**